1

2

3

4

5                    UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF WASHINGTON

7   SPARTA INSURANCE CO., a
    Connecticut corporation, as subrogee of        NOS:  CV-12-5051-RMP
8   DOUG ANDRUS DISTRIBUTING,                             CV-12-5052-RMP
    LLC, an Idaho limited liability
9   company, and as subrogee of LARRY
    LAMBERSON, an individual,

10
                            Plaintiffs,
11  v.                                            ORDER CONSOLIDATING CASES
                                                  FOR DISCOVERY AND TRIAL
12  BENJAMIN GARFIAS, an individual,
    EASTERDAY FARMS PRODUCE,
13  CO., a Washington corporation;
    EASTERDAY & EASTERDAY, a
14  partnership d/b/a EASTERDAY
    RANCHES INC., a Washington
15  corporation,

16                          Defendants.
    _____
17
    LARRY LAMBERSON,  an
18  individual,
                            Plaintiff,
19  v.

20  BENJAMIN T. GARFIAS, an
    Individual; EASTERDAY &

ORDER CONSOLIDATING CASES FOR DISCOVERY AND TRIAL ~ 1

1 | EASTERDAY, a Partnership, d/b/a
EASTERDAY FARMS;
2 | EASTERDAY RANCHES
INC., a Washington Corporation;
3 | EASTERDAY FARMS PRODUCE,
CO., a Washington Corporation; and
4 | DOES I through X, whose true
identities are presently unknown,
5 |
|                                    Defendants.
6 |

7   A telephonic scheduling conference was held in this matter on August 7,

8   2012.  Gregory J. Arpin, Shamus O'Doherty, Michael Christian and Timothy

9   Fennessy appeared on behalf of the plaintiffs.  Ronald Morrison and Kevin Curtis

10   appeared on behalf of the defendants.

11   The Court reviewed the parties' Joint Status Certificate and Proposed Case

12   Schedule filed by the parties and considered the request for consolidation an oral

13   motion on behalf of all the parties to consolidate .  All parties being in agreement,

14   the Court will grant the motion to consolidate.

15   **IT IS HEREBY ORDERED:**

16   1.  The oral motion of the parties to consolidate is **GRANTED**.

17   2. Case No. CV-12-5052-RMP shall be **CONSOLIDATED** with Case No.

18   CV-12-5051-RMP for purposes of discovery and trial.

19   3. Pursuant to the practice in this District to consolidate cases under the

20   first-filed case **ALL FUTURE FILINGS SHALL BE FILED UNDER**

ORDER CONSOLIDATING CASES FOR DISCOVERY AND TRIAL ~ 2

1    **CASE NUMBER CV-11-5051-RMP.**

2        **IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter

3    this Order and provide copies to counsel and **close the file** for CV-11-5052-RMP

4    in this District.

5        **DATED** this 8th day of August, 2012.

6                                    *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
7                                    Chief United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER CONSOLIDATING CASES FOR DISCOVERY AND TRIAL ~ 3